IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>    Plaintiff, §<br> §<br>v. §<br> §<br>IVAN SOTELO RASCON §<br>    Defendant. § | CAUSE NO.  2:25-mj-00215-GJF-1 |

## ORDER FOR SUBSTITUTION OF COUNSEL

BE IT REMEMBERED that on this day came on to be considered Defendant's Motion for Substitution of Counsel in the above entitled and numbered cause, and the Court after considering said Motion is of the opinion that the following order should be entered;

IT IS THEREFORE ORDERED that the Motion to Substitute Counsel, filed in the above entitled and numbered cause, be and the same is hereby GRANTED.

IT IS FURTHER ORDERED that BROCK BENJAMIN and RANDOLPH J. ORTEGA, be substituted as counsel of record for DARREN ROBINSON and that DARREN ROBINSON be relieved of all further responsibility in connection with this case.

SIGNED this the 4th day of March, 2025.

_____
U.S. MAGISTRATE JUDGE